IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD V. ROOD, | No. 2:13-cv-0478-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| GARY SWARTHOUT, et al., | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for entry of default (Doc. 20).

A defendant is not in "default" unless he "has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. Proc. 55(a). A party generally has 20 after being served with the summons and complaint to file a responsive pleading. See Fed. R. Civ. Proc. 12(a). However, if the party has timely waived service under Rule 4(d), a responsive pleading is timely if filed within 60 days after the request for a waiver was sent. See id. A review of the docket in this case shows that service has not yet been authorized. Until the defendants have been served, no default can be entered against them.

/ / /

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for default
2 against the defendants (Doc. 20) is denied.

 DATED: September 30, 2016

                                                                          **CRAIG M. KELLISON**
                                                                          UNITED STATES MAGISTRATE JUDGE