IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD V. ROOD,<br><br>  Plaintiff,<br><br>  v.<br><br>GARY SWARTHOUT, et al.,<br><br>  Defendants. | No. 2:13-CV-0478-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 31) to file an amended complaint. Good cause appearing therefor, plaintiff's request is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: October 11, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1